COM.

v.

**BROPHY–DESANTE, E.**

**1849 MDA 2016**

Superior Court of Pennsylvania.

08/23/2017

CP–06–CR–0005199–2015
(Berks)

Affirmed

COM.

v.

**BROWN, R.**

**2047 MDA 2016**

Superior Court of Pennsylvania.

08/23/2017

CP–21–CR–0003516–2010
(Cumberland)

Affirmed

COM.

v.

**BEAVERS, R., Jr.**

**136 MDA 2017**

Superior Court of Pennsylvania.

08/23/2017

CP–28–CR–0002258–2012 (Franklin)

Affirmed

COM.

v.

**SHUE, N.**

**448 MDA 2017**

Superior Court of Pennsylvania.

08/23/2017

Reargument Denied 10/24/2017

CP–67–CR–0008298–2015, (York)

Affirmed